UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**In Re:**

**JOSE GAFAS,**                                                                              **CASE NO.: 21-11561-RAM**
**Debtor.**                                                                                        **CHAPTER 13**

_____/

## OBJECTION TO CHAPTER 13 PLAN

Franklin Credit Management Corporation, as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as certificate trustee of Bosco Credit II Trust Series 2010-1 ("Creditor"), by and through its undersigned attorney, objects to the Chapter 13 Plan (the "Plan") (Document No. 15) filed by the Debtor, and states as grounds therefore:

1. Creditor holds the Promissory Note and Mortgage secured by the real property known as 7750 Southwest 146th Road, Miami, FL 33183 (the "Property"). The Mortgage is recorded in Official Records Book 23144, Page 0916, of the Public Records of Miami-Dade County, Florida (the "Mortgage").

2. Debtor filed for relief under Title 11 of the United States Code on February 18, 2021.

3. The estimated total debt owed to Creditor as of the date of the Petition was $135,863.01

4. The loan matured on March 1, 2020; thus, Creditor's full payoff must be accounted for in the Plan.

5. The Plan fails to address Creditor's secured interest in the Property.

6. Debtor's income appears to be grossly inadequate to continue to support the secured assets he claims, when also accounting for the outstanding amounts owed to Creditor.

7. The Plan is not a feasible Plan designed to cure the Debtor's default, nor does the Plan adequately protect creditor.

8. Creditor reserves the right to supplement this objection in the future.

Quinn Legal, P.A.
19321 US Hwy 19 N, Suite 512
Clearwater, FL 33764
Phone: 727-474-9603
Fax: 727-474-9583
eservice@quinnlegal.com
kmiller@quinnlegal.com

By: _/s/ Erin M. Rose Quinn_____
Erin M. Rose Quinn, Esq.
Florida Bar Number 64446

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Objection to Chapter 13 Plan was provided by electronic and/or standard first class mail this 9th day of March, 2021 to the parties on the below service list.

Quinn Legal, P.A.
19321 US Hwy 19 N, Suite 512
Clearwater, FL 33764
Phone: 727-474-9603
Fax: 727-474-9583
eservice@quinnlegal.com
kmiller@quinnlegal.com

By: _/s/ Erin M. Rose Quinn_____
Erin M. Rose Quinn, Esq.
Florida Bar Number 64446

## SERVICE LIST

Jose Gafas
7750 Southwest 146th Road
Miami, FL 33183

Timothy S. Kingcade, Esq.
Kingcade, Garcia & McMaken, P.A.
1370 Coral Way
Miami, FL 33145
scanner@miamibankruptcy.com

Nancy K. Neidich, Trustee
P.O. Box 279806
Miramar FL 33027

Office of the U.S. Trustee
51 SW 1st Ave., Suite 1204
Miami, FL 33130