RE: Jose Gafas                                                          Case # 21-11561  RAM

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)**

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows:  Reviewed documents received prior to: 4/22/21

Tax returns:                           Corporate Tax Returns:

Photo ID/SS card - Legible/Unredacted      LF 90           LF 67        LF 10

Plan does not fund properly

Calculation errors     Missing months/amounts     Inconsistent terms     Plan form completed incorrectly

Attorney fee itemization or Fee Application needed (see court guideline 6)

  Missing 2016(B)                          ✔ Missing signed copy of the Attorney's Declaration

Other provisions:    IVL          100%        Lawsuit      Gambling       MMM

Reaffirm, redeem or surrender Sch D or G creditor:

✔ MMM Motion not filed     Valuation motion not filed          Lien Avoidance motion not filed

Priority debt on Schedule E not in plan:

Creditor in Plan is not listed in Schedules or has not filed a POC:

Creditor paid through the Plan has not filed a POC: IRS

Object or Conform to Proof of Claim:    Miami-Dade County     Tax Certificate (DE#   )    Dept of Revenue
    IRS

✔ OTHER PLAN ISSUES: Amend Plan to correct address and acct# for creditor in section III 1 to match POC#3

Real Estate FMV and Payoff:

Non-Homestead Information Sheet:

Vehicles FMV (NADA/Carmax), Reg and Payoff:

Other:

✔ Bank Account Statements    3 months pre-petition #2463 (1/30/21-2/18/21)

Copy of check(s) and/or explanation:

Explanation of withdrawal(s):

✔ Retirement Stmt. (Current)           Annuity            ✔ Life Insurance Policy

  Domestic Support Obligation form complete with info: name, address and phone

✔ Wage deduction order or Motion to waive

  BDQ & attachments           Profit/loss      Balance Sheet

  Business Bank statements and checks      3 months pre-petition

Affidavit of support

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was  served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by **NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*