**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

---

In Re:  Case #21-11561-RAM
**Debtor:** Jose Gafas  Chapter 13

---

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 08-25-2021 and the following parties were present:

1. [ x ] The Debtor: Jose Gafas
2. [ x ] The Debtor's Attorney: Kristina Gonzalez, Esq.
3. [ x ] The Lender's Representative: Corey Ohayon, Esq.
4. [ x ] The Lender's Attorney: Sierra Robertson

**B.** The final MMM conference was scheduled for 08-25-2021 but not conducted for the following reason:

1. [   ] The parties settled prior to attending
2. [   ] The case was dismissed
3. [   ] The debtor failed to attend
4. [   ] The debtor's attorney failed to attend
5. [   ] The lender failed to attend
6. [   ] The lender's attorney failed to attend
7. [   ] Other

**C.** The result of the MMM conference is as follows:

1. [   ] The parties reached an agreement
2. [ x ] The parties did not reach an agreement


Dated: 08.25.21   Signature of Mediator: _____ //s// Anthony Roca
  Printed Name: Anthony Roca
  Address: 6303 Blue Lagoon Drive Suite 400 Miami, FL 33126
Copies To:  Phone: (305) 771-3529
[All Parties to Mediation]  Email: tony@rocalaw.com