UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                 Case No. 21-11561-RAM

    Jose Gafas

           Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Nancy K. Neidich, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/18/2021.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 11/17/2021.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $95,632.15.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $15,901.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$15,901.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,256.97 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $576.13 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,833.10** |

Attorney fees paid and disclosed by debtor:     $1,400.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Anthony E. Torrente, Esq | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ASHLEY FUNDING SVCS LLC | Unsecured | NA | 0.00 | 62.05 | 0.00 | 0.00 |
| ASHLEY FUNDING SVCS LLC | Unsecured | NA | 0.00 | 85.66 | 0.00 | 0.00 |
| ASHLEY FUNDING SVCS LLC | Unsecured | NA | 0.00 | 36.58 | 0.00 | 0.00 |
| ASHLEY FUNDING SVCS LLC | Unsecured | NA | 0.00 | 16.74 | 0.00 | 0.00 |
| ASHLEY FUNDING SVCS LLC | Unsecured | NA | 0.00 | 35.18 | 0.00 | 0.00 |
| Bitman, Obrien & Morat, PLLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Chase Card Services | Unsecured | 814.00 | NA | NA | 0.00 | 0.00 |
| Checksystems | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Child Support Enforcemment | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Choice Legal Group, P.A. | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| Dennis A Donet, Esq | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Department of the Treasury | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DEUTSCHE BANK NATL TRUST CO | Secured | 86,725.80 | 0.00 | 86,725.80 | 13,950.07 | 0.00 |
| EQUIFAX | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Experian | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Florida Department of Revenue | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| IC System, Inc | Unsecured | 341.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 813.76 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 845.51 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 39,948.80 | NA | NA | 0.00 | 0.00 |
| IRS Centralized Bankruptcy Department | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Law Offices of Aaron Resnick P.A. | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Law Offices of Aaron Resnick P.A. | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 0.00 | 5,056.61 | 0.00 | 0.00 |
| ONLINE COLLECTIONS | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| PRA, LLC | Unsecured | 319.00 | 0.00 | 318.53 | 0.00 | 0.00 |
| R.A. Cuevas, Jr | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Regions Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Transunion | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Trinidad Park, Inc. | Unsecured | 7,121.37 | NA | NA | 0.00 | 0.00 |
| Trinidad Park, Inc. | Unsecured | 12,849.94 | NA | NA | 0.00 | 0.00 |
| Trinidad Park, Inc. d/b/a Driftwood Trailer | Unsecured | NA | 0.00 | 19,971.31 | 0.00 | 0.00 |
| UNITED STATES TREASURY | Priority | 2,509.12 | 0.00 | 2,509.12 | 117.83 | 0.00 |
| UNITED STATES TREASURY | Unsecured | NA | 0.00 | 52.87 | 0.00 | 0.00 |
| Wilmington Savings Fund Society | Secured | 135,863.01 | 0.00 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $86,725.80 | $13,950.07 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$86,725.80** | **$13,950.07** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,509.12 | $117.83 | $0.00 |
| **TOTAL PRIORITY:** | **$2,509.12** | **$117.83** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$25,635.53** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,833.10 |
| Disbursements to Creditors | $14,067.90 |
| **TOTAL DISBURSEMENTS:** | **$15,901.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/16/2021                                By: /s/ Nancy K. Neidich
                                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**